UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
: 
UNITED STATES OF AMERICA :
:
v. : 18 Cr. 472-3 (KPF)
:
: ORDER
MICHAEL VILLANUEVA, :
:
Defendant. :
------------------------------------------------------------ X

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED, that the defendant, Michael Villanueva, USM# 85922-054, is hereby remanded to the custody of the United States Marshal.

    SO ORDERED.

Dated:    March 10, 2021
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge