UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MICHAEL VILLANUEVA,<br><br>Defendant. | 18 Cr. 472 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the U.S. Marshals are to transport and release Defendant Michael Villanueva, USM#: 85922-054, to the custody of the United States Probation Office at the Hon. Charles L. Brieant Jr. Federal Building & U.S. Courthouse, 300 Quarropas Street, White Plains, NY, before 10:00 a.m. on Monday, April 12, 2021.  The Probation Office is to facilitate the transfer of the Defendant to the Daytop Cape Road facility for his registration in its residential treatment program, for a minimum of 90 days.

SO ORDERED.

Dated: April 9, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge